Marcus Daniel Merchasin (SBN 55927)
Attorney and Counselor at Law
582 Market Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 678-2700
Facsimile:  (415) 678-2704
e-mail:  lawofficemdm@me.com

Attorneys for Plaintiffs
MICHAEL YORKER; BEJAMIN RUPPERT

C. Mark Humbert (SBN 111093)
GREEN & HUMBERT
220 Montgomery Street, Suite 1418
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127
e-mail:  markh@lifehealthlaw.com

Attorneys for Defendants
ANTHEM BLUE CROSS
LIFE & HEALTH INSURANCE COMPANY
and ANTHEM BLUE CROSS BLUE SHIELD

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL YORKER; BENJAMIN RUPPERT,<br><br>Plaintiffs,<br><br>v.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY, A CALIFORNIA CORPORATION; ANTHEM BLUE CROSS/BLUE SHIELD, AN ENTITY OF UNKNOWN TYPE OR ORIGIN AND DOES 1 THROUGH 50 INCLUSIVE,<br><br>Defendants. | Case No. CV 10 3884 SC<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING ADR CUTOFF DATE AND CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:   March 18, 2011<br>Time:  10:00 a.m.<br>Ctrm:   1, 17th Floor<br>Judge: Hon. Samuel Conti |

**STIPULATED REQUEST FOR ORDER CONTINUING ADR CUTOFF DATE AND CASE MANAGEMENT CONFERENCE**

Counsel for Plaintiffs Michael Yorker and Benjamin Ruppert and Defendants Anthem Blue Cross Life & Health Insurance Company (sued erroneously as Anthem Blue Cross Life and Health Insurance Company), and Anthem Blue Cross Blue Shield (sued erroneously herein as Anthem Blue Cross/Blue Shield)  ("Defendants") hereby submit the following.

1. Both counsel have been engaged in the past several weeks in trial preparation and/or trial in other jurisdictions.  Counsel for Plaintiffs has just finished trial in Honolulu, Hawaii.

2. Counsel have several times discussed the potential settlement of this matter, but have not been able to schedule a mediation or non-mediated settlement conference.  Counsel expect to schedule such a non-mediated conference, and if the matter does not settle, a mediation, within the next six (6) weeks.

3. On these bases, the parties hereby respectfully request that the ADR cutoff date, currently scheduled for February 21, 2011, be continued to April 8, 2011, and that the continued Case Management Conference, currently scheduled herein for March 18, 2011, be continued to a date at the Court's convenience during the weeks of May 2, 2011 or May 9, 2011.

| | | |
|---|---|---|
| 1 | DATED: FEBRUARY 18, 2011 | GREEN & HUMBERT |
| 2 | | By: /s/ C. Mark Humbert |
| | | C. MARK HUMBERT |
| 3 | | |
| 4 | | Attorneys for Defendants |
| | | ANTHEM BLUE CROSS |
| 5 | | LIFE & HEALTH INSURANCE COMPANY |
| | | and ANTHEM BLUE CROSS BLUE |
| 6 | | SHIELD |
| 7 | DATED: FEBRUARY 18, 2011 | |
| 8 | | By: /s/ Marcus Daniel Merchasin |
| | | MARCUS DANIEL MERCHASIN |
| 9 | | |
| 10 | | Attorneys for Plaintiffs |
| | | MICHAEL YORKER; BENJAMIN RUPPERT |

**[PROPOSED] ORDER**

Upon good cause showing, the Court hereby orders that the ADR Cutoff Date in this matter be continued to April 8, 2011, and that the Case Management Conference currently scheduled herein for March 18, 2011 be co_____, at ____ A.M.

Dated: 2/22/11 _____

United States District Court Judge

*[DENIED — Judge Samuel Conti, United States District Court, Northern District of California]*