1  Marcus Daniel Merchasin, SBN 55927
   Attorney and Counselor at Law
2  582 Market Street, Suite 1400
   San Francisco, California 94104
3
   Telephone Number: 1.415.678.2700
4  Facsimile Number: 1.415.678.2704

5  Attorney for Plaintiffs

6

7                    UNITED STATES DISTRICT COURT

8                 THE NORTHERN DISTRICT OF CALIFORNIA

9

10 MICHAEL YORKER; BENJAMIN RUPPERT,    )  CASE NUMBER: CV 10-03884 SC
                                        )
11     Plaintiffs,                      )  STIPULATION FOR DISMISSAL WITH
                                        )  PREJUDICE
12 V.                                   )
                                        )
13 ANTHEM BLUE CROSS, ETC., ET AL.,     )
                                        )
14     Defendants.                      )
                                        )

15     Pursuant to Fed. Rule Civ. Proc. 41(a)(1), the parties, having settled the matter, hereby stipulate

16 that this action shall be DISMISSED in its entirety WITH PREJUDICE. Each side shall bear its

17 own fees and costs.

18     IT IS SO STIPULATED.

19                                         Respectfully submitted,

20 Dated: 05/18/11                         _____
                                           Marcus Daniel Merchasin
21                                         Attorney for Plaintiffs

22

23                                         GREEN & HUMBERT
   Dated: 5/19/11
24                                         By: _____
                                           C. Mark Humbert
25 IT IS SO ORDERED.                       Attorneys for Defendants

26
   Dated:  5/26/11
27                                         _____
                                           Hon. Samuel C. Conti
28                                         Judge, United States District Court

                                    Page Number - 1
                                    ---------------------------
                              Stipulation and Order for Dismissal